IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELDON MORRIS STEPHENSON<br>    *Plaintiff*, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:16-cv-1585 |
| | § | |
| NATIONWIDE GENERAL INSURANCE<br>COMPANY<br>    *Defendant*. | §<br>§<br>§<br>§ | |

## NOTICE OF SETTLEMENT

Defendant Nationwide General Insurance Company provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

ATTORNEYS FOR DEFENDANT
NATIONWIDE GENERAL INSURANCE
COMPANY

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 7th day of April, 2017 to:

Richard D. Daly
Charlie C. Gustin
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098

                                        */s/ Patrick M. Kemp*
                                        Patrick M. Kemp