IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELDON MORRIS STEPHENSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-1585 |
| | § | |
| NATIONWIDE GENERAL INSURANCE | § | |
| COMPANY, | § | |
| *Defendant*. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Eldon Morris Stephenson ("Plaintiff") and Nationwide General Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a wind/hailstorm which occurred on or about January 8, 2016.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

| | |
|---|---|
| *R. D. D* | /s/ Patrick M. Kemp |
| Richard D. Daly | Patrick M. Kemp |
| Texas Bar No. 00796429 | Texas Bar No. 24043751 |
| Southern District of Texas No. 20706 | Southern District of Texas No. 38513 |
| rdaly@dalyblack.com | pkemp@smsm.com |
| Charlie C. Gustin | Robert G. Wall |
| Texas Bar No. 24078605 | Texas Bar No. 24072411 |
| Southern District of Texas No. 2590970 | Southern District of Texas No. 1117137 |
| Daly & Black | rwall@smsm.com |
| 2211 Norfolk St., Suite 800 | Segal McCambridge Singer & Mahoney |
| Houston, Texas 77098 | 100 Congress Ave., Suite 800 |
| (713) 655-1405 | Austin, Texas 78701 |
| (713) 655-1587 - Facsimile | (512) 476-7834 |
| | (512) 476-7832 - Facsimile |
| **ATTORNEY FOR PLAINTIFF** | |
| **ELDON MORRIS STEPHENSON** | **ATTORNEYS FOR DEFENDANT** |
| | **NATIONWIDE GENERAL INSURANCE** |
| | **COMPANY** |

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 10th of ___May___, 2017 to:

Richard D. Daly
Charlie C. Gustin
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098

/s/ Patrick M. Kemp
Patrick M. Kemp