United States District Court
Southern District of Texas
**ENTERED**
May 11, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELDON MORRIS STEPHENSON, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:16-cv-1585 |
| NATIONWIDE GENERAL INSURANCE COMPANY, *Defendant*. | § § § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Eldon Morris Stephenson and Defendant Nationwide General Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this 11th day of May, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

1